**In the Interest of N.O.O., W.O.O., M.O.O., and A.O.O., Plaintiffs,**

**Juvenile Officer, Respondent,**

v.

**A.O.D., Appellant.**

**Nos. WD 70582, WD 70583, WD 70584, WD 70585.**

Missouri Court of Appeals, Western District.

Sept. 22, 2009.

John R. Shank, Jr., Kansas City, MO, for Respondent.

Peter W. Schloss, Liberty, MO, for Appellant.

Andrew T. Coulson, Liberty, MO, for Guardian ad litem.

Before Division III: THOMAS H. NEWTON, Chief Judge, and JAMES M. SMART, JR., and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

A.O.D. appeals the trial court's judgment terminating her right to parent her four children, A.O.O., M.O.O., W.O.O., and N.O.O. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).